UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MATHEW MONTAG                                                                      PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 1:20CV325-TBM-RPM

DONALD TRUMP et al                                                            DEFENDANTS

## REPORT AND RECOMMENDATION

This matter is before the Court *sua sponte*.  Plaintiff Mathew Montag filed a complaint on October 16, 2020, naming as defendants a veritable who's who of celebrities, politicians, and business leaders.  Among the more than 100 defendants are Donald Trump, Barack Obama, Faith Hill, Tom Cruise, Katie Holmes, Jeff Bezos, Bill Gates, Michael Jordan, Brad Pitt, Angelina Jolie, Nancy Pelosi, Mark "Zuckeraburger", Courtney Cox, Jennifer Aniston, Dwayne Johnson, etc.  He alleges Defendants stole products and apps from him which resulted in $950 "zillion" in damages.  The undersigned set this matter for an omnibus hearing to further explore Plaintiff's intriguing allegations and also to question him regarding his *in forma pauperis* application.  By separate order, the Court has granted Plaintiff's motion to proceed *in forma pauperis*.

On January 26, 2021, the undersigned noticed this matter for an in-person omnibus hearing scheduled for February 11, 2021 at 1:30 p.m.  The Court mailed a copy of the notice to Plaintiff's address of record:  Mathew Montag, General Delivery, Long Beach, MS 39560.  On February 11, 2021, at 1:30 p.m., the Court came to order.  Plaintiff did not appear for the hearing.  After conducting a hearing in an unrelated cause of action, the Court announced Plaintiff's case at approximately 2:30 p.m.  The Courtroom Deputy then went into the hallway to call Plaintiff's name three times as well but received no response.  Court security at the front door advised chambers' staff that Mathew Montag had not entered the Courthouse at any time

that day.  Based on Plaintiff's failure to appear at the hearing, for which he received notice, and

his failure to otherwise communicate with the Court regarding this matter, the Court finds

Plaintiff no longer demonstrates interest in prosecuting his claims.  Therefore, his complaint

should be dismissed without prejudice for failure to prosecute.

In the alternative, Plaintiff's complaint should be dismissed as frivolous.  A district court

may dismiss a complaint filed *in forma pauperis* if it concludes that the action is frivolous or

malicious.  *See* 28 U.S.C. § 1915(e)(2).  An action is frivolous if it lacks an arguable basis in

either law or fact.  *Brewster v. Dretke*, 587 F.3d 764, 767 (5th Cir. 2009).  A claim is factually

frivolous when the facts alleged are "clearly baseless," a category encompassing allegations that

are "fanciful," "fantastic," and "delusional", or when they "rise to the level of the irrational or

the wholly incredible."  *Neitzke v. Williams*, 490 U.S. 319, 325-28 (1989); *Denton v. Hernandez*,

504 U.S. 25, 32–33 (1992).

The undersigned finds Plaintiff's allegations to be factually frivolous.  He alleges he is in

the middle of writing a book and that he is running for president of the United States.  He has

500 new products and apps to go with the book, along with five businesses.  Apparently, in an

effort to obtain a loan, Plaintiff drafted a 13-page business plan.  According to Plaintiff,

Defendants Mark "Zuckaburger", Larry Page, and Bill Gates found a picture of the business plan

on Plaintiff's phone, which they copied and stole.  The stolen intellectual property was worth

somewhere in the neighborhood of $500 zillion.  Plaintiff then alleges that various named

Defendants have raped and killed tens of thousands of people, stolen apps and movies, and stolen

money worth millions, billions, and even zillions of dollars.  For example, Faith Hill fought,

raped and killed 16,000 kids and killed 10,000 on a computer.  Barack Obama fought and killed

800,000 kids and killed 500,000 on a computer.  He also stole 8 products and 1 app worth $800

2

zillion.  Jennifer Aniston "(fought) killed 5 kids, 2 [adults] & stole 1 product 3 porn 5 Type

movie 100tril."  John Bower "(fought) killed 8 kids 1 [adult] & stole 1 noble prise [sic] 5 apps.

100 mil."  Sean Ditty "(fought & used 2pac) killed 11 kids 1 [adult] stole 5 products 1 apps 100

tril."  The foregoing is just a brief sampling of Plaintiff's delusional, nonsensical allegations.

## RECOMMENDATION

Based on the foregoing, the undersigned recommends that Plaintiff Mathew Montag's

complaint be dismissed with prejudice as frivolous, or in the alternative, dismissed without

prejudice for failure to prosecute.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must

serve and file written objections within fourteen (14) days after being served with a copy unless

the time period is modified by the District Court.  A party filing objections must specifically

identify those findings, conclusions and recommendations to which objections are being made;

the District Court need not consider frivolous, conclusive or general objections.  Such party shall

file the objections with the Clerk of the Court and serve the objections on the District Judge and

on all other parties.  A party's failure to file such objections to the proposed findings, conclusions

and recommendation contained in this report shall bar that party from a de novo determination

by the District Court.  Additionally, a party's failure to file written objections to the proposed

findings, conclusions, and recommendation contained in this report within fourteen (14) days

after being served with a copy shall bar that party, except upon grounds of plain error, from

attacking on appeal the proposed factual findings and legal conclusions that have been accepted

by the district court and for which there is no written objection.  *Douglass v. United Services*

*Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED AND ADJUDGED, this the 19th day of February 2021.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE