IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MATHEW MONTAG**                                                             **PLAINTIFF**

v.                                                  **CIVIL ACTION NO. 1:20-cv-325-TBM-RPM**

**DONALD TRUMP et al**                                          **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation [7] United States Magistrate Judge Robert P. Myers, Jr. on February 19, 2021. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this same day, finds that this matter should be dismissed.

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

THIS, the 27th day of April, 2021.

                                                          _____
                                                          TAYLOR B. McNEEL
                                                          UNITED STATES DISTRICT JUDGE